| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BALDOCK, Bobby R. | 2. Court or Organization U.S. Court of Appeals-10th Cir | 3. Date of Report 4/25/2012 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. Circuit Judge - Senior

**5a. Report Type (check appropriate type)**

☐ Nomination Date
☐ Initial ☑ Annual ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2011
to
12/31/2011

**7. Chambers or Office Address**

P.O. Box 2388
Roswell, New Mexico 88202-2388

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 4/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Alliance Defense Fund - The Blackstone Legal Fellowship | August 2-4, 2011 | Phoenix, Arizona | Legal Fellowship - Speaker | Transportation, meals, lodging |
| 2. | Washington & Lee University School of Law | October 20-22, 2011 | Lexington, Virginia | Assist with Moot Court Competition | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pioneer Savings | Rental Property #2, Chaves County, NM | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 4/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch IRA | C | Dividend | M | T | | | | | |
| 2. -XCEL | | | | | | | | | |
| 3. -Invesco Global Core Equity Fund (X) | | | | | | | | | |
| 4. -Invesco Van Kampen Comstock Fund (X) | | | | | | | | | |
| 5. -Lord Abbett (Mutual R Fund) | | | | | | | | | |
| 6. -ING Small Cap (Mutual Fund) (Y) | | | | | | | | | |
| 7. -Franklin Inves. Sec. TR Equity Income (Mutual Fund) | | | | | | | | | |
| 8. -Merrill Lynch Retirement Reserves | | | | | | | | | |
| 9. -Merrill Lynch Cash Equivalent Accounts | | | | | | | | | |
| 10. Hunker Commune (El Paso, Navajo, Western, Adventure, Holly)* | B | Royalty | J | W | | | | | |
| 11. Lot in South Spring Acres, Roswell, NM | | None | J | W | | | | | |
| 12. Stock in South Spring Acres, Roswell, NM | | None | K | W | | | | | |
| 13. Minerals, Washita County, OK (BBX Oil Corp.) | A | Rent | J | W | | | | | |
| 14. Silver and silver coins | | None | J | T | | | | | |
| 15. Gold coins | | None | J | T | | | | | |
| 16. Navajo, Hockley County, TX | B | Royalty | J | W | | | | | |
| 17. Pioneer Savings Bank | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 4/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Working interest in Hodges - Hockley County, TX | B | Royalty | J | T | | | | | |
| 19. Working interest in Jeffers-Hockley County, TX | A | Royalty | J | T | | | | | |
| 20. Working interest in Pair- Hockley County, TX | A | Royalty | J | T | | | | | |
| 21. Working interest in Reed-Hockley County, TX | A | Royalty | J | T | | | | | |
| 22. Working interest in White-Hockley County, TX | A | Royalty | J | T | | | | | |
| 23. Working interest in Terry-Hockley County, TX | A | Royalty | J | T | | | | | |
| 24. Cash Value Life Insurance, AXA Equitable(Money Market Acct) | A | Interest | J | T | | | | | |
| 25. Oil & Gas Items: | | | | | | | | | |
| 26. XTO Energy Production | A | Royalty | J | W | | | | | |
| 27. BP Am Production Company | D | Royalty | K | W | | | | | |
| 28. Conoco Phillips | E | Royalty | K | W | | | | | |
| 29. Sunco Oil & Gas Production | A | Royalty | J | W | | | | | |
| 30. Great Western Drillling Company | C | Royalty | K | W | | | | | |
| 31. El Paso Production Company | C | Royalty | K | W | | | | | |
| 32. Working interest in Mewbourn Oil, Eddy County, NM | B | Royalty | J | W | | | | | |
| 33. Property #2, Chaves County, NM | A | Rent | L | W | | | | | |
| 34. Trust #1 | E | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 4/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CITIGROUP INC COM NEW* | | | | | | | | | |
| 36. -COMPUTER SCIENCE CRP* | | | | | | | | | |
| 37. -HALLIBURTON COMPANY | | | | | | | | | |
| 38. -INNSUITES HOSP TR OH SBI* | | | | | | | | | |
| 39. -KB HOME | | | | | | | | | |
| 40. -KIMBERLY CLARK* | | | | | | | | | |
| 41. -MEADWESTVACO CORP | | | | | | | | | |
| 42. -3M COMPANY | | | | | | | | | |
| 43. -WALGREEN CO* | | | | | | | | | |
| 44. -WELLS FARGO & CO NEW DEL* | | | | | | | | | |
| 45. -COLUMBIA TAX EXEMPT FUND CL A* | | | | | | | | | |
| 46. -FRANKLIN T/F TR AZ TAX FREE INCOME FUND CL A* | | | | | | | | | |
| 47. -OPPENHEIMER GLOBAL FUND CL A* | | | | | | | | | |
| 48. -INVESCO VAN KAMPEN MUNI INCOME FUND A* | | | | | | | | | |
| 49. -GLENDALE AZ UN HGH SCH* | | | | | | | | | |
| 50. -PIMA CNTY AZ STR & HWY REV* | | | | | | | | | |
| 51. -ARIZONA ST UNIV REVS* | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BALDOCK, Bobby R. | 4/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -ML BANK DEPOSIT PROGRAM* | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BALDOCK, Bobby R.** | 4/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 4, lines 3 and 4  - Aim Weingarten (Aims Constellation) Mutual Fund through corporate merger was acquired by Invesco and Invesco split into two separate funds, i.e. Invesco Global Core Equity Fund and Invesco Van Kampen Comstock Fund.  This was a corporate action, not a transaction caused by by filer.

Part VII, page 4, line 6 - ING Small Cap (Mutual Fund) was sold in 2004; however, the sale was overlooked and has been erroneously carried on the Financial Disclosure Report from 2005 through 2010 and will be deleted next year.

Part VII, page 4, line 10 - Holly added (full name is Holly Refining & Marketing Co LLC)

Part VII, page 6, line 35 - This asset was formerly Citigroup

Part VII, page 6, line 36 - This asset was formerly Computer Sciences

Part VII, page 6, line 38 - This asset was formerly Innsuites Hospitality Trust SBI

Part VII, page 6, line 40 - This asset was formerly Kimberly Clark Corp

Part VII, page 6, line 43 - This asset was formerly Walgreen

Part VII, page 6, line 44 - This asset was formerly Wells Fargo & Co.

Part VII, Page 6, line 45 - This asset was formerly Columbia Tax Exempt Fund A

Part VII, page 6, line 46 - This asset was formerly FT Franklin AZ T/F Inc. A

Part VII, page 6, line 48 - This asset was formerly Invesco Van Kampen Muni Income Fd CL A

Part VII, page 6, line 49 - This asset was formerly Glendale Ariz Uni High

Part VII, page 6, line 50 - This asset was formerly Pima Cnty Ariz Str & Hwy Rev

Part VII, page 6, line 51 - This asset was formerly Arizona St Univ Revs Cpn

Part VI, page 7, line 52 - This asset was formerly Merrill Lynch Bank Deposit Program

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Bobby R. BALDOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544